1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                          EASTERN DISTRICT OF CALIFORNIA

8    ANDRE RHODES,
9         Plaintiff,                          NO.  CV-08-0834-RHW
10        v.
                                              **ORDER GRANTING MOTION
11   SACRAMENTO POLICE                        AND REQUEST FOR
     DEPARTMENT,                              EXTENSION OF TIME TO FILE
12                                            EXHIBITS SUPPORTING WRIT
          Defendant.                          OF HABEAS CORPUS;
13                                            DENYING MOTION  FOR
                                              APPOINTMENT OF COUNSEL**
14

15        Plaintiff Andre Rhodes is a state prisoner proceeding pro se.  On April 21,

16   2008, Plaintiff filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  On July

17   17, 2008, Plaintiff filed a Motion and Request for Appointment of Counsel (Ct.

18   Rec. 9).

19        Only under "exceptional circumstances" may the Court appoint counsel to

20   represent indigent prisoners in § 1983 cases. 28 U.S.C. § 1915(e)(1); *Terrell v.*

21   *Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991).  The Court finds that there are not

22   exceptional circumstances in this case.

23        On August 4, 2008, Plaintiff filed a Petition under 28 U.S.C. § 2254 (Ct.

24   Rec. 12).  On November 21, 2008, Plaintiff filed a Motion and Request for

25   Extension of Time to File Exhibits Supporting Writ of Habeas Corpus (Ct. Rec.

26   20).  The Court finds that good cause exists to grant the motion.

27   *///*

28
     **ORDER GRANTING MOTION AND REQUEST FOR EXTENSION OF
     TIME TO FILE EXHIBITS SUPPORTING WRIT OF HABEAS CORPUS;
     DENYING REQUEST FOR APPOINTMENT OF COUNSEL** ~ 1

1    Accordingly, **IT IS HEREBY ORDERED:**

2    1.   Plaintiff's Motion for the Appointment of Counsel (Ct. Rec. 9) is

3    **DENIED**.

4    2.   Plaintiff's Motion and Request for Extension of Time to File Exhibits

5    Supporting Writ of Habeas Corpus (Ct. Rec. 20) is **GRANTED**.

6    3.   Within 45 days from the date of this order, Plaintiff shall file the

7    supporting exhibits.

8    **IT IS SO ORDERED.**  The District Court Executive is directed to enter

9    this Order and forward copies to Plaintiff.

10   **DATED** this 23rd  day of October, 2009.

11

12    *s/Robert H. Whaley*

13    ROBERT H. WHALEY
      United States District Judge

14

15

16

17

18   C:\WINDOWS\Temp\notes101AA1\~1842509.wpd

19

20

21

22

23

24

25

26

27

28
**ORDER GRANTING MOTION AND REQUEST FOR EXTENSION OF
TIME TO FILE EXHIBITS SUPPORTING WRIT OF HABEAS CORPUS;
DENYING REQUEST FOR APPOINTMENT OF COUNSEL ~ 2**