UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANDRE RHODES,

    Plaintiff,

v.

SACRAMENTO POLICE DEPARTMENT, THE NICOLAITAN ORGANIZATION, DISNEY ENTERTAINMENT, and SONY ENTERTAINMENT CORPORATION,

    Defendants.

NO. CV-08-0834-RHW

**ORDER DISMISSING AMENDED COMPLAINT, WITH PREJUDICE**

    Plaintiff Andre Rhodes is a state prisoner proceeding pro se. On April 21, 2008, Plaintiff filed a civil rights complaint against the Sacramento Police Department and the State of California, pursuant to 42 U.S.C. § 1983. In his complaint, Plaintiff asserted that the Sacramento Police Department concealed exculpatory evidence in order to wrongfully obtain a conviction. Plaintiff sought a five-million dollar judgment. Upon preliminary review, the Court dismissed the complaint but granted Plaintiff leave to amend (Ct. Rec. 37).

    On June 10, 2010, Plaintiff filed an Amended Complaint. In his Amended Complaint, Plaintiff named the Sacramento Police Department, Nicolaitan [sic] Organization, Disney Entertainment, and Sony Entertainment Incorporated as Defendants. In his Complaint, Plaintiff again has failed to identify any policy or custom that causes his injuries. Additionally, the complaint provides no facts

**ORDER DISMISSING AMENDED COMPLAINT, WITH PREJUDICE** ~ 1

1 whatsoever in support of Plaintiff's claims.  Plaintiff identifies a number of
2 individuals who have allegedly conspired to deprive Plaintiff of his constitutional
3 rights.  The underlying theory of Plaintiff's claims is that the Defendants made a
4 movie, "The Kung Fu Panda" that depicts defendants committing a felony in order
5 to falsely imprison Plaintiff.  The Court finds that Plaintiff's claims are frivolous.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned cause of action is **dismissed**, with prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to Plaintiff, **and close the file**.

**DATED** this 24th day of September, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

C:\WINDOWS\Temp\notes101AA1\review.wpd

**ORDER DISMISSING AMENDED COMPLAINT, WITH PREJUDICE ~ 2**